UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 09-20280

v.

                                           Hon. Robert H. Cleland

FATIMA TOUFAILI,

        Defendant.

_____/

## ORDER FOR PRODUCTION OF TRANSCRIPT

The Court held a hearing on January 14, 2010, at which the Defendant, her attorney, George Donnini, and Assistant United States Attorney Ronald Waterstreet appeared, the Court granted Mr. Donnini's Motion to Withdraw as counsel for Ms. Toufaili, and ordered that the transcript of the hearing be sealed. New counsel has been appointed pursuant to the Criminal Justice Act, and she has requested a copy of the transcript of that hearing, and the Court has granted this request.

IT IS ORDERED that court reporter Christin Russell shall produce the transcript of the hearing before this Court on January 14, 2010 in this matter, and provide a copy of that transcript only to counsel and the Court. The transcript shall remain under seal.

                                                     s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: February 4, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 4, 2010, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner  
                                                  Case Manager and Deputy Clerk  
                                                  (313) 234-5522