**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                       Case No. 09-CR-20280

FATIMA HOUSSEIN TOUFAILI,

    Defendant.
    _____/

**ORDER STRIKING APRIL 8, 2010 AFFIDAVIT OF ALI HUSSEIN DARWICH**

On April 8, 2010, the Clerk of the Court docketed an affidavit filed by Ali Hussein Darwich. In his affidavit, Mr. Darwich challenges the validity of the indictment issued against Defendant Fatima Toufaili, and also makes various unsupported accusations about the legality of Defendant's imprisonment and prosecution. The court has already stricken one similar affidavit filed by Darwich, and will similarly strike this affidavit. As stated in the court's April 9, 2010 order, "Darwich purports to be acting in the interest of Defendant, but he is not a party in this criminal action, nor is he an attorney representing Defendant." (4/9/10 Order at 1.) Defendant herself has not made any of the assertions stated in Darwich's affidavit, and Darwich has no standing to assert them on her behalf. Accordingly,

IT IS ORDERED that the April 8, 2010 affidavit filed by Ali Hussein Darwich [Dkt. # 29] is STRICKEN from the docket of this court.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: April 13, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 13, 2010, by electronic and/or ordinary mail.

                                                <u>s/Lisa G Wagner</u>
                                                Lisa G Wagner, Case Manager